**Order entered October 29, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00154-CR
### No. 05-20-00155-CR

**CHARLES TURNER GLOVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-55030-H & F18-55032-H**

### ORDER

Appellant's brief was initially due on June 13, 2020. On counsel's motions and having considered the Texas Supreme Court's ongoing direction to liberally allow extensions of time due to the COVID-19 pandemic, we granted two extensions, making appellant's brief due on September 30, 2020. To date, no brief has been filed, and we have had no further communication from appellant.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make

appropriate findings and recommendations and determine whether appellant desires to prosecute this appeal, whether appellant has abandoned the appeal, or whether appointed counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Yoo Clinton, Presiding Judge, Criminal District Court No. 1; to Valencia Bush; and to the Dallas County District Attorney's Office, Appellate Division.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/    LANA MYERS
       JUSTICE